# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ADAMS, TIYONNA MONEA<br><br><br>Debtor. | Chapter 7 Proceeding<br><br>Case No. 2:22-bk-06588-MCW<br><br>**ORDER APPROVING STIPULATION FOR SETTLEMENT AND COMPROMISE OF CLAIM PURSUANT TO FED. R. BANKR. P. 9019** |

Upon consideration of the Motion to Approve Stipulation for Settlement and Compromise of Claim Pursuant to Fed. R. Bankr. P. 9019 (the "Motion"), no objections having been filed, and good cause appearing,

**IT IS HEREBY ORDERED** approving the Stipulation for Settlement and Compromise of Claim Pursuant to Fed. R. Bankr. P. 9019 entered into between the Trustee, Jill H. Ford, and Brittany N. Hodge ("Debtor"), a copy of which is attached as Exhibit 1 to the Motion. In full and final settlement of all issues relating to the preference payments made to family member, the Debtor shall pay the estate the total sum of $1,200.00.

**SIGNED AND DATED ABOVE**