## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: HODGE, BRITTANY N          § Case No. 2:22-06588-MCW
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JILL H. FORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $7,963.00 *(without deducting any secured claims)* | Assets Exempt: $5,963.00 |
| Total Distribution to Claimants: $810.12 | Claims Discharged Without Payment: $18,736.20 |
| Total Expenses of Administration: $389.88 | |

    3) Total gross receipts of $1,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 389.88 | 389.88 | 389.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,070.00 | 11,121.32 | 11,121.32 | 810.12 |
| **TOTAL DISBURSEMENTS** | $19,070.00 | $11,511.20 | $11,511.20 | $1,200.00 |

4) This case was originally filed under Chapter 7 on September 30, 2022. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2024     By: /s/JILL H. FORD
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE - TO MOM | 1241-000 | 1,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JILL H. FORD | 2100-000 | N/A | 300.00 | 300.00 | 300.00 |
| Trustee Expenses - JILL H. FORD | 2200-000 | N/A | 39.88 | 39.88 | 39.88 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - TriState Capital Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $389.88 | $389.88 | $389.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMW Financial Services Attn: Customer Accounting | 7100-000 | 5,251.00 | 5,251.00 | 5,251.00 | 382.50 |
| 2 | SUNWEST FEDERAL CREDIT UNION | 7100-000 | 2,667.00 | 2,667.51 | 2,667.51 | 194.31 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 116.00 | 111.02 | 111.02 | 8.09 |
| 4 | Capital One N.A. | 7100-000 | 2,611.00 | 3,091.79 | 3,091.79 | 225.22 |
| NOTFILED | Presto Auto Loans | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Navient Solutions Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunwest Feu | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | USAA Federal Savings Bank | 7100-000 | 5,659.00 | N/A | N/A | 0.00 |
| NOTFILED | Syncb/home Design Nahf | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony/American Eagle | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenneth, Eisen & Associates, LTD (KEA) | 7100-000 | 71.00 | N/A | N/A | 0.00 |
| NOTFILED | Tidewater Finance Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credence Resource Management, LLC | 7100-000 | 89.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenneth, Eisen & Associates, LTD (KEA) | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Avant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay Jewelers/genesis | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $19,070.00 | $11,121.32 | $11,121.32 | $810.12 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case Number:** 2:22-06588-MCW  
**Case Name:** HODGE, BRITTANY N  

**Trustee:** (240340) JILL H. FORD  
**Filed (f) or Converted (c):** 09/30/22 (f)  
**§341(a) Meeting Date:** 11/08/22  

**Period Ending:** 02/09/24  
**Claims Bar Date:** 03/14/23

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PREFERENCE - TO MOM (u) (See Footnote) | Unknown | 2,000.00 | | 1,200.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | ELECTRONICS | 1,200.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 5 | WATCH | 150.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 0.00 | 0.00 | | 0.00 | FA |
| 7 | PETS | 0.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING ACCOUNT AT USAA (0758) (See Footnote) | 2,213.00 | 0.00 | | 0.00 | FA |
| 9 | RETIREMENT ACCOUNT (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 10 | WORKER'S COMP CLAIM FOR ACCIDENT (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 11 | UNPAID DIVORCE PAYMENTS (See Footnote) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12 | 2022 FEDERAL TAX REFUND (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2022 STATE TAX REFUND (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$7,963.00** | **$4,000.00** | | **$1,200.00** | **$0.00** |

RE PROP# 1   Stipulation for $1,200. Payment plan  
RE PROP# 8   debtor amended value. all money is from VA Disability  
RE PROP# 9   debtor amended value  
RE PROP# 10  debtor amended value  
RE PROP# 11  cannot collect  
RE PROP# 12  does not need to file  
RE PROP# 13  does not file  

**Major Activities Affecting Case Closing:**

Case 2:22-bk-06588-MCW    Doc 46    Filed 02/13/24    Entered 02/13/24 09:39:22    Desc
Page 6 of 9

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 2:22-06588-MCW  **Trustee:** (240340) JILL H. FORD
**Case Name:** HODGE, BRITTANY N  **Filed (f) or Converted (c):** 09/30/22 (f)
 **§341(a) Meeting Date:** 11/08/22
**Period Ending:** 02/09/24  **Claims Bar Date:** 03/14/23

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 9, 2023  **Current Projected Date Of Final Report (TFR):** November 29, 2023 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 2:22-06588-MCW  
**Case Name:** HODGE, BRITTANY N

**Taxpayer ID #:** **-***3251  
**Period Ending:** 02/09/24

**Trustee:** JILL H. FORD (240340)  
**Bank Name:** TriState Capital Bank  
**Account:** ******7647 - Checking Account  
**Blanket Bond:** $21,467,838.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/22 | {1} | BARBARA HONIE | PAYMENT PLAN | 1241-000 | 100.00 | | 100.00 |
| 01/09/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 100.00 | | 200.00 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 195.00 |
| 02/21/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 100.00 | | 295.00 |
| 02/21/23 | {1} | BRITTANY HODGE | Reversed Deposit 100003 1 PAYMENT PLAN | 1241-000 | -100.00 | | 195.00 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 190.00 |
| 03/02/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 100.00 | | 290.00 |
| 03/04/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 100.00 | | 390.00 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 385.00 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 380.00 |
| 05/09/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 200.00 | | 580.00 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 575.00 |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 570.00 |
| 07/10/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 200.00 | | 770.00 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 765.00 |
| 08/14/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 100.00 | | 865.00 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 860.00 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 855.00 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 850.00 |
| 11/07/23 | {1} | BRITTANY HODGE | PAYMENT PLAN | 1241-000 | 300.00 | | 1,150.00 |
| 12/18/23 | 101 | JILL H. FORD | Dividend paid 100.00% on $300.00, Trustee Compensation; Reference: | 2100-000 | | 300.00 | 850.00 |
| 12/18/23 | 102 | JILL H. FORD | Dividend paid 100.00% on $39.88, Trustee Expenses; Reference: | 2200-000 | | 39.88 | 810.12 |
| 12/18/23 | 103 | BMW Financial Services Attn: Customer Accounting | Dividend paid 7.28% on $5,251.00; Claim# 1; Filed: $5,251.00; Reference: 4204 | 7100-000 | | 382.50 | 427.62 |
| 12/18/23 | 104 | SUNWEST FEDERAL CREDIT UNION | Dividend paid 7.28% on $2,667.51; Claim# 2; Filed: $2,667.51; Reference: 5151 | 7100-000 | | 194.31 | 233.31 |
| 12/18/23 | 105 | Quantum3 Group LLC as agent for | Dividend paid 7.28% on $111.02; Claim# 3; Filed: $111.02; Reference: ANCE | 7100-000 | | 8.09 | 225.22 |
| 12/18/23 | 106 | Capital One N.A. | Dividend paid 7.28% on $3,091.79; Claim# 4; Filed: $3,091.79; Reference: 7128 | 7100-000 | | 225.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,200.00 | 1,200.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,200.00 | 1,200.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,200.00** | **$1,200.00** | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 2:22-06588-MCW | **Trustee:** JILL H. FORD (240340) |
| **Case Name:** HODGE, BRITTANY N | **Bank Name:** TriState Capital Bank |
| | **Account:** ******7647 - Checking Account |
| **Taxpayer ID #:** **-***3251 | **Blanket Bond:** $21,467,838.00 (per case limit) |
| **Period Ending:** 02/09/24 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
                Net Receipts :     1,200.00
                                 ─────────────
                Net Estate  :    $1,200.00
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7647** | 1,200.00 | 1,200.00 | 0.00 |
| | $1,200.00 | $1,200.00 | $0.00 |

{} Asset reference(s)